JORGE LAUREANO v. NEW JERSEY TRANSIT
BUS OPERATIONS, INC.

February 1, 1988.

Petition for certification denied.   (See 220 *N.J.Super.* 295)

NORMA J. DUNLEVY v. KEMPER INSURANCE GROUP.

February 1, 1988.

Petition for certification denied.   (See 220 *N.J.Super.* 464)

FRANK MYTNICK v. E.I. DUPONT DE
NEMOURS & COMPANY.

February 1, 1988.

Petition for certification denied.

MARIO APUZZO v. THE PRINCETON PACKET, INC.

February 1, 1988.

Petition for certification denied.